# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5097**  **September Term, 2024**

**1:25-cv-00400-AHA**
**1:25-cv-00402-AHA**

**Filed On:** August 28, 2025

Global Health Council, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States of America, et al.,

      Appellants

------------------------------

Consolidated with 25-5098

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs*, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay of the panel opinion and judgment pending en banc review; the response in opposition thereto and cross-motion to stay the district court's preliminary injunction or issue the mandate expeditiously; the reply in support of the emergency motion and response to the cross-motion; and the letters filed August 22, 2025, August 25, 2025, and August 26, 2025; it is

**ORDERED** that the motion and cross-motion be dismissed as moot in light of the order amending the opinion, the revised opinion, and the judgment issued this date.

**Per Curiam**

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                         Daniel J. Reidy
                         Deputy Clerk

* Circuit Judge Childs did not participate in this matter.